# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

| | | |
|---|---|---|
| **WADE ALRICK JOHNSON, JR.,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **File No. 1:10-cv-299-jgm** |
| | : | |
| **MICHAEL J. ASTRUE, Commissioner,** | : | |
| **Social Security Administration,** | : | |
| **Defendant.** | : | |

## <u>ORDER</u>

The Magistrate Judge's Report and Recommendation was filed October 31, 2011.  (Doc. 21.)  After <u>de</u> <u>novo</u> review and absent objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED.  <u>See</u> 28 U.S.C. § 636(b)(1).

The Plaintiff's Motion for Order Reversing the Commissioner's Decision (Doc. 12) is DENIED.  The Defendant's Motion for Order Affirming the Decision of the Commissioner (Doc. 16) is GRANTED.  The Decision of the Commissioner of the Social Security Administration is hereby AFFIRMED.

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 16th day of December, 2011.


/s/ J. Garvan Murtha
Honorable J. Garvan Murtha
United States District Judge